## BEERS v. STRONG.

Words are not to be taken in the milder sense after verdict, which ascertains them to have been spoken maliciously.

ACTION on the case for these words: "My wife has taken a false oath, and it was through the instigation of Beers and Booth, her sons. My wife has taken a false oath — she is a poor creature — and if it had not been for Andrew Beers and David Booth, she never would have done it; they are the foundation of the quarrel. My wife's children have taken

her before Squire Hinman, and have made her take a false oath, and I have been and taken a copy of it. David Booth and Andrew Beers took my wife before Squire Hinman, and there persuaded her to take a false oath, and I don't blame her so much as I do Booth and Beers, for they were the very means of it, and she never would have done it but for them."

General issue pleaded, and verdict for the plaintiff.

Mr. Edwards moved in arrest, on the ground that the words were not actionable.

Motion overruled.

By the COURT. The words laid, naturally import that the defendant's wife had been guilty of perjury, and that the plaintiff, by procuring her to commit the crime, had been guilty of subornation of perjury, and so are actionable. Words are not to be taken in a milder sense than they have in common acceptation; especially after verdict, which ascertains that they were spoken maliciously, and with intent to defame.